- Withholding settlement monies from a client, and
- Using unverifiable and self-laudatory statements in advertisements.

In only a few disciplinary cases has a lawyer violated so many rules of conduct as respondent has violated here. His myriad violations of express rules are not isolated incidents but form a distinct pattern of disregard for the courts, clients, other professionals, and for his own integrity. Because respondent has demonstrated blatant disregard for the most important standards by which members of the bar of Ohio are expected to conduct their professional activities, respondent is hereby permanently disbarred from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

PETREE, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would indefinitely suspend respondent.

CHARLES R. PETREE, J., of the Tenth Appellate District, sitting for DOUGLAS, J.

---

*Jonathan E. Coughlan,* Disciplinary Counsel, for relator.

*Crabbe, Brown & James, Larry H. James* and *Christina L. Corl,* for respondent.

THE STATE EX REL. TUOHY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Tuohy v. Indus. Comm.*
(2001), 93 Ohio St.3d 187.]

(No. 01–101—Submitted July 17, 2001—Decided September 19, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Law Offices of Thomas Tootle Co., L.P.A.,* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jeffrey B. Hartranft,* Assistant Attorney General, for appellee.

THE STATE EX REL. NASH, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; NEWELL RUBBERMAID, INC., APPELLANT.

[Cite as *State ex rel. Nash v. Indus. Comm.*
(2001), 93 Ohio St.3d 188.]

(No. 01–194—Submitted July 17, 2001—Decided September 19, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

*M. Blake Stone, L.P.A.,* and *M. Blake Stone,* for appellee.

*Critchfield, Critchfield & Johnston, Ltd.,* and *Susan E. Baker,* for appellant.